UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andrew Bardolf,<br><br>          *Plaintiff*,<br><br>-against-<br><br>John Kalafatis,<br>DNA Contracting & Waterproofing, LLC,<br>DNA Contracting LLC,<br>DNA Local Holding LLC,<br>DNA Acquisition LLC,<br>Atlas Building Supplies LLC,<br>SKL Holding LLC,<br>Skyline Restoration Inc.,<br>Oneteam Restoration, Inc.,<br>Jaen Restoration Corp.,<br>Steven Lyon, and<br>Andromeda Advantage Inc.,<br><br>          *Defendants*. | Case No.: 23-CV-3359 |

**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>**

**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ANDREW BARDOLF ("Plaintiff" or "Bardolf"), by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, <u>without prejudice</u> against the above-named defendants:

 John Kalafatis,

 DNA Contracting & Waterproofing, LLC,

 DNA Contracting LLC,

 DNA Local Holding LLC,

DNA Acquisition LLC,

Atlas Building Supplies LLC,

SKL Holding LLC,

Skyline Restoration Inc.,

Oneteam Restoration, Inc.,

Jaen Restoration Corp.,

Steven Lyon, and

Andromeda Advantage Inc.

Dated: September 12, 2023
Queens, New York

HADDAD ASSOCIATES PLLC
    *s/ James M. Haddad*
James M. Haddad
*Attorneys for Plaintiff Andrew Bardolf*
25-04 40th Ave Fl 2
Long Island City, New York 11101
(212) 246-0546
jim2@jimhaddad.com
Our File: 201

Dismissal.docx